IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

<u>Jennifer Parker</u>_____, Plaintiff

v.

<u>HOSPITAL CORPORATION OF AMERICA (HCA)</u>,

<u>ADB - THE MEDICAL CENTER OF AURORA</u>,

<u>NORTH BEHAVIORAL HEALTH AND WELLNESS</u>,

<u>HOSPITAL</u>_____, Defendant(s).

**Jury Trial requested:**
(please check one)
X  Yes ___ No

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

### A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Jennifer Parker  4610 S. Ulster St. #150, Denver, CO 80237
  (Name and complete mailing address)

303-872-6875  choc.thai@yahoo.com
  (Telephone number and e-mail address)

### B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:  HOSPITAL CORPORATION OF AMERICA (HCA)
  (Name and complete mailing address)

  2501 PARK PLAZA, NASHVILLE, TENNESSEE 37203
  (Telephone number and e-mail address if known)

Defendant 2:  THE MEDICAL CENTER OF AURORA NORTH BEHAVIORAL HEALTH
  (Name and complete mailing address)

  700 POTOMAC STREET, AURORA, CO 80011
  (Telephone number and e-mail address if known)

### C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

__X__  Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

____  Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

__X__  Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

____  Other: (*please specify*) _____

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: <u>SEE ATTACHED</u>

The conduct complained of in this claim involves the following: (*check all that apply*)

- **X** failure to hire
- ___ different terms and conditions of employment
- **X** failure to promote
- ___ failure to accommodate disability
- ___ termination of employment
- **X** retaliation
- ___ other: (*please specify*) ___

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

- **X** race
- ___ religion
- ___ national origin
- **X** age
- ___ color
- **X** sex
- ___ disability

Supporting facts:

SEE ATTACHED

### E.   ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

    **X** Yes (***You must attach a copy of the administrative charge to this complaint***)

    ___ No

Have you received a notice of right to sue? (*check one*)

    **X** Yes (***You must attach a copy of the notice of right to sue to this complaint***)

    ___ No

### F.   REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

    SEE ATTACHED

### G.   PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Jennifer Parker  */s/ Jennifer Parker*
(Plaintiff's signature)

September 1, 2023
(Date)

(Revised February 2022)

4

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ EEOC<br>☐ FEPA | Agency(ies) Charge No(s):<br>541-2022-02877 |
|---|---|---|

**Colorado Civil Rights Division** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Jennifer Parker | Home Phone<br>720-661-9539 | Year of Birth<br>1973 |
|---|---|---|

Street Address
8053 S. Kittredge Way
ENGLEWOOD, CO 80112

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>The Medical Center of Aurora Behavioral Health Hospital | No. Employees, Members<br>501+ Employees | Phone No. |
|---|---|---|

Street Address
700 Potomac St.
AURORA, CO 80010

| Name | No. Employees, Members | Phone No. |
|---|---|---|

Street Address | City, State and ZIP Code

| DISCRIMINATION BASED ON<br><br>Race | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest: 06/13/2022   Latest: 06/13/2022<br><br>☐ Continuing Action |
|---|---|

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I was hired in January 2017, to perform the duties of fulltime, Lead Behavioral Health Clinician ("LBGC"). I remain I employed as a PRN Behavioral Health Clinician. Throughout my employment I have been denied equal opportunities for cross training and mentoring that would prepare me to be promoted to an upper management position, such as Manager or Director. I recently applied for a Director position that was posted on June 16, 2022, for which I am qualified. Despite my credentials and work experience I was not offered the position. The successful candidate is a white female, external hire who is younger than me. Because of the on-going disparate treatment to which I have been subjected, I felt I had no alternative but to step down to an PRN position. I have been discriminated against because of my race (African American) in violation of Title VII of the Civil Rights Act of 1964, as amended. I am filing this charge on my behalf and also on behalf of other African American employees who are similarly situated.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY -- When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Jennifer Parker**<br>08/17/2022<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Philadelphia District Office
801 Market St, Suite 1000
Philadelphia, PA 19107
(267) 589-9700
Website: www.eeoc.gov

## **DETERMINATION AND NOTICE OF RIGHTS**
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 06/06/2023

**To:** Jennifer Parker
8053 S. Kittredge Way
ENGLEWOOD, CO 80112
Charge No: 541-2022-02877

EEOC Representative and phone:

Legal Unit Representative
267-589-9707

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 541-2022-02877.

On behalf of the Commission,

Digitally Signed By:Karen McDonough
06/06/2023
Karen McDonough
Deputy District Director

**Cc:**
Marjorie George
2501 PARK PLZ
Nashville, TN 37203


Please retain this notice for your records.

# D. STATEMENT OF CLAIMS

1. This is a civil rights complaint for discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964.  Ms. Parker is an African American, 50-year-old, woman.

2. From January 2017 to Present, Plaintiff Jennifer Parker was employed as a Lead Behavioral Health Clinician, also known as Clinical Coordinator for The Health One Crisis Assessment Team (HCAT). During this time, Ms. Parker was denied opportunities for cross training and mentorship that would prepare her for promotional opportunities to upper management positions such as Director or Manager. Due to limited opportunities for advancement, and disparate treatment, Ms. Parker stepped down from Fulltime Lead Behavioral Health Clinician to PRN Lead and Remote Clinician.

3. Ms. Parker applied for the position of Director of The Health One Crisis Assessment Team. Despite meeting the credentials, education, and work experience required for the position, Ms. Parker was not considered, interviewed, or offered the position. An external candidate who is non-black, Caucasian, and younger, was selected for the Position.

4. Ms. Parker attempted to apply for the Manager of The Health One Crisis Assessment Team. However, the position required current licensure as a Registered Nurse, and bachelor's degree in nursing.  Ms. Parker did not apply for this reason, however, a younger, non-black, less qualified individual without a nursing degree was selected and promoted into the Manager position.

5. After two months, the new Manager, stepped down from Manager position, and the Manager position was reposted. After the Charge of Discrimination was filed, Ms. Parker applied for the position of Manager of the Health One Crisis Assessment Team (HCAT).  Despite meeting the credentials, education, and work experience required for the position, Ms. Parker was not considered, interviewed, or offered the position. An external, younger, nonblack, less qualified individual was promoted into the Manager position.

6. After the Charge of Discrimination was filed, the Defendant, HCA lost Ms. Parker's 2021 – 2022 Annual Performance Review. HCAT management attempted to complete the performance review without any knowledge of Ms. Parker's work performance, history, or any formal supervision. Attempts to add derogatory remarks was rejected by Ms. Parker.

7. A second attempt by the Defendant, HCA to complete the 2021-2022 Annual performance review with additional derogatory remarks was rejected by Ms. Parker.  Unclear if the performance review was accepted as part of Ms. Parker's HR file.

## PARTIES

8. Plaintiff Jennifer Parker is an adult resident of the State of Colorado.  From January 2017 to present, Ms. Parker is employed by Health One, The Medical Center of Aurora North Behavioral

Health Hospital located at 700 Potomac Street, Aurora, Colorado 80012. Ms. Parker was hired as a fulltime Lead Behavioral Health Clinician also known as Clinical Coordinator on 01/2017 until 08/2021, when Ms. Parker decided to move to PRN Lead and Remote Clinician.

9. Defendant Hospital Corporation of America (HCA), founded in 1968, has 184 hospitals and 2,000 sites of care located in 21 states and the United Kingdom, employs 235,000 employees with headquarters in Nashville, Tennessee. The Medical Center of Aurora North Behavioral Health and Wellness Hospital, is an acute care hospital located at 700 Potomac Street, employs over 50 employees.

## PROCEDURAL BACKGROUND

10. Plaintiff Jennifer Parker exhausted her administrative remedies at the Equal Opportunity Commission (EEOC).

11. This Compliant is being filed within 90 days of Ms. Parker's receipt of the EEOC Notice of Right to Sue.

## ALLEGATIONS OF FACT

12. In January 2017, HCA hired Ms. Parker as a Lead Behavioral Health Clinician also known as Clinical Coordinator for the Health One Crisis Assessment Team (HCAT). In her role as a Lead Behavioral Health Clinician was responsible for the daily operation of Crisis Assessment and Referral Center (ARC), also (formally known as HCAT), guiding daily operations and improving performance of service. Coordinate crisis assessment evaluations at thirteen HCA hospitals, free standing, rural and Kansas state hospitals, and facilitate placement based on level of care needs. Provide crisis intervention and evaluations, community assistance, and coordinates and facilitates discharge planning for at-risk patient population. Work closely with psychiatrists, nurses, and behavioral health technician for intake an admission of patients for inpatient hospitalizations, and initiating mental health holds as needed. Analyze and interpret information to identify trends to meet productivity goals for the department and hospital and utilize date to improve patient safety.

13. The Medical Center of Aurora North Behavioral Health Hospital has an established and demonstrated pattern of training and promoting internal applicants.

14. Christine Lanham who held the Lead Behavioral Health Clinician position at the Health One Crisis Assessment team (HCAT), served as Interim Director and then promoted in 2017/2018 to Director of Health One Crisis Assessment Team by CEO Cynthia Meyers.

15. Stephanie Camacho who held the position of HCAT Clinician, was promoted to Manager of HCAT in 2018 by Director Christine Lanham.

16. On 05/13/2022, email sent by Stephanie Camacho informing the HCAT team that she was resigning as Manager, to promote to Director of Outpatient for The Medical Center of Aurora North Behavioral Health Hospital.

17. On 06/09/2022, email sent by Christine Lanham the Director of Health One Crisis Assessment Team informing of her resignation, and to notify her of any interest in the position.

18. 06/16/2022, Plaintiff emailed an expressed interest of the Director position to Director Christine Lanham and CEO Cynthia Meyers with cover letter and resume.

19. 06/16/2022, Plaintiff formally applied for the Director of Behavioral Health Position. The qualifications required a master's degree, licensure in the state of Colorado as a Licensed Professional Counselor, Licensed Clinical Social Worker, Licensed Marriage and Family, Psychologist or Behavioral Health Registered Nurse. BCLS and CPI license, 2 years' experience in healthcare management, 3 to 5 years' experience in psychosocial assessments, preferably within an emergency medical model, and excellent communication skills. Preferences: master's degree, 7 or more years' experience in psychosocial assessments, preferably within an emergency medical model, strong knowledge of Microsoft Office Suite, and Data Analytics experience. Ms. Parker meets or exceeds required qualifications.

20. 06/21/2022, received an email from recruiting stating they have decided to pursue other candidates.

21. Around 06/29/2022, the title of the posting changed from Director of Behavioral Health to Director of Assessment Referral. Requirements remained the same as the original posting of Director of Behavioral Health position.

22. The Director of Assessment Referral was reposted on a job recruiting site Indeed on 07/13/2022.

23. On 07/20/2022, Heather Badini (HCAT Interim Director), sends email stating the HCAT Clinical Manager position is posted.

24. On 08/03/2022, CEO Cindy Meyer announces the New Director Annabel Harley.

25. 08/15/2022, Ms. Parker attempted to apply for the Manager of The Health One Crisis Assessment Team. However, the position required current licensure as a Registered Nurse, and bachelor's degree in nursing. Ms. Parker did not apply for this reason.

26. 08/24/2022, email sent by Interim Director Heather Badini informing Karla Castillo is the new HCAT Manager. Karla Castillo is a younger, non-black, less qualified individual without a nursing degree was selected and promoted into the Manager position.

27. On 11/04/2022, HCAT Manager, Karla Castillo sent an email informing she is stepping down from Manager position.

28. After the Charge of Discrimination was filed on 01/20/2023, Ms. Parker applied for the position of Manager of the Health One Crisis Assessment Team (HCAT).

29. On 01/26/2023, Despite meeting the credentials, education, and work experience required for the position, Ms. Parker was not considered, interviewed, or offered the position. Ms. Parker was notified that they are pursuing other candidates for this position.

30. On 01/31/2023, an email sent from HCAT/ARC Director Annabel Harley informing that Rain Bondy was selected as the new HCAT Manager. Ms. Bondy is an external candidate, younger, nonblack, and less qualified individual selected for the manager position.

31. After the Charge of Discrimination was filed, the Defendant, HCA lost Ms. Parker's 2021 – 2022 Annual Performance Review. HCAT management attempted to complete the performance review without any knowledge of Ms. Parker's work performance, history, or any formal supervision. Attempts to add derogatory remarks was rejected by Ms. Parker.

32. A second attempt by the Defendant, HCA to complete the 2021-2022 Annual performance review with additional derogatory remarks was rejected by Ms. Parker. Unclear if the performance review was accepted as part of Ms. Parker's HR file.

33. HCA states their mission is "Embracing and championing diverse talent. HCA Healthcare is committed to ensuring equity from the inside out by strengthening our diversity and fostering a culture of inclusion. Our robust diversity and inclusion strategy supports colleagues in the work they do every day, creates opportunities for connection and dialogue, and enables us to better attract, engage and develop diverse talent. Accelerating the advancement of people of color and women in leadership". HCA further asserts, "Data-driven strategy – our diversity, equity, and inclusion strategy, based on internal ad external research, helps us advance people of color and women into leadership roles. We are proud that people of color currently comprise nearly 41% of our workforce and women comprise nearly 80% as of December 31, 2022". The Medical Center of Aurora North Behavioral Health and Wellness Hospital has a demonstrated pattern of hiring internal and external candidates that are nonblack. In the HCA Continental Division, there are no African American and/or African American women in positions of executive leadership, no African American women in upper management in HCAT, and/or in The Medical Center of Aurora North Behavioral Health and Wellness Hospital.

## F. REQUEST FOR RELIEF

WHEREFORE, Plaintiff Jennifer Parker prays that this court:

34. Enter judgement in favor of Ms. Parker and against the Defendant for violation of Ms. Parker's Rights under Title VII of the Civil Rights Act of 1964;

35. Declare that the actions of the Defendant constituted unlawful discrimination;

36. Award Ms. Parker compensatory damages, including, but not limited to, lost wages and benefits, in such amount as will reasonably compensate her for loses, and damages for emotional distress;

37. Award Ms. Parker punitive damages in such amount as the court deems proper:

38. Award Ms. Parker her costs, attorneys' fees, and non-taxable expenses in this action; and

39. Grant Ms. Parker such other and further relief as the Court deems equitable and just.