UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02238-SBP

JENNIFER PARKER

    Plaintiff,

v.

HOSPITAL CORPORATION OF AMERICA, et. al.

    Defendants.

## NOTICE OF SETTLEMENT

HCA-HealthONE LLC d/b/a The Medical Center of Aurora ("TMCA"),[1] through counsel, notifies the Court that the Parties have reached a settlement, the terms of which are confidential. Plaintiff Jennifer Parker executed the settlement agreement on July 30, 2024, and provided it to counsel for TMCA on August 1, 2024. The Parties are in the process of finalizing the paperwork associated with the settlement agreement and expect to file dismissal papers or a status report on or before August 29, 2024, as outlined in the Minute Entry for Settlement from Magistrate Judge Scott T. Varholak (ECF # 31, filed July 30, 2024).

---

[1] Named in the Complaint as "Hospital Corporation of America ADB The Medical Center of Aurora North Behavioral Health and Wellness Hospital."

Dated: August 2, 2024.

Respectfully submitted,

*s/ Martine T. Wells*
Martine T. Wells, Esq.,
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Facsimile: (303) 572-6540
Email: martine.wells@gtlaw.com

*Attorney for Defendants*

### CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on August 2, 2024, I electronically filed a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Jennifer Parker
7550 S. Blackhawk St., #13204
Englewood, CO 80112
Telephone: (720) 661-9539
Email: choc.thai@yahoo.com

*Pro se*

　　　　　　　　　　　　　　　　*s/ Martine T. Wells*

2